IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ANNA K. PHILLIPS

INFORMATION

3:08mj327

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about August 2, 2008, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Pensacola, Florida, the defendant,

ANNA K. PHILLIPS,

did unlawfully drive a motor vehicle without knowledge that her license and/or driving privileges were cancelled, suspended or revoked, in violation of Section 322.34(1), Florida Statutes and Title 18, United States Code, Sections 7 and 13.

THOMAS F. KIRWIN
Acting United States Attorney

10/9/08
DATE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 OCT -9 PM 4: 11

KG

FILED